IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| BONNIE THOMAS | | |
| PLAINTIFF | | |
| vs. | § | |
| The STATE OF TEXAS, JOHNSON | § | |
| COUNTY, TEXAS, BOB ALFORD | § | |
| KEN BARTLETT, DANNY GRIFFITH, | § | |
| JOHN E. NEILL, WILLIAM BOSWORTH, | § | CAUSE NO. 3:17-CV-0348N-BH |
| RONALD MCBROOM, F. B. MCGREGOR, | § | |
| WAYNE BRIDEWELL, DALE HANNAH | § | |
| MARTIN STRAHAN, MARC PIERONI, | § | |
| GREG GORMAN, JOHN DOES 1 to 5 | § | |
| and JANE DOES 1 to 5 | § | |
| Defendants | § | |

**PLAINTIFF BONNIE THOMAS'S MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL AND MEMORANDUM IN SUPPORT OF**

PLAINTIFF asks the Court to extend the time to file her notice of appeal, as authorized by Federal Rule of Appellate Procedure 4(a)(5).

## A. INTRODUCTION

1. Plaintiff is Bonnie Thomas defendant is State of Texas, Johnson County et al

2. Plaintiff sued defendant for Violations of civil rights under 42 USC 1983 and 1985

3. The Court rendered judgment in favor of Defendants without jury trial and the clerk entered judgment on March 12 , 2018

4. The notice of appeal is due on April 11, 2018.

5. Plaintiff requests an additional 30 days to file the notice of appeal.

## B. ARGUMENT

6. A court may extend the time to file the notice of appeal if (1) a party files a motion to extend time within 60 days after the date the judgment is entered and (2) the party shows good cause or excusable neglect. *See* Fed. R. App. P. 4(a)(1)(A), (a)(5)(A). Plaintiff has been unfairly surprised at the conversion of a 12(b)6 motion converted into summary Judgment without giving her opportunity to Amend or correct any pleading deficiencies. Plaintiff has extensive claims against 13 different defendants all her claims are meritorious and all claims are complex and overlap each other. The unending civil rights violations have been allowed to continue for 2 years 10 months and Defendants create new causes of action faster than Plaintiff can draft motions to add to her original suit.

7. The Court should grant the extension in this case on the ground of good cause. The reason for Plaintiff's delay in filing the notice of appeal was Plaintiff has not received discovery yet, but she has uncovered many new facts that should be considered before and dismissal. The Civil Rights violations have continued daily in Plaintiffs case since originally filing her claim. She has many new facts to add to show that the injury is continuous and unending. Plaintiff has standing in this suit due to the unending 14th Amendment violations. But it was dismissed without her substantial rights to a jury trial, nor has she been given the her Federally Mandated Due process rights in this trial and has been greatly prejudiced by limited time for which to correct her complaint or file for an appeal.

8. The Court should grant the extension in this case on the ground of excusable neglect. The reason for Plaintiff's delay in filing the notice of appeal was inadvertent, Plaintiff understands that a large filing fee must be paid and she does not have the financial resources at this time to pay the cost of appeal but should have the fees necessary within a few weeks.

9. The Court should grant the extension in this case for the following reasons:

    a.    Granting an extension will not prejudice Defendants. *Pincay v. Andrews*, 389 F.3d 853, 855 (9th Cir. 2004); *Zipperer v. Sch. Bd. of Seminole Cty.*, 111 F.3d 847, 849-50 (11th Cir. 1997); see *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993). Plaintiff's will only benefit from her delay in their extension and will grant them more time to prepare for an appeal on the matters at hand.

    b.    The length of the delay in filing the notice of appeal will not adversely affect these proceedings. *Pincay v. Andrews*, 389 F.3d 853, 855 (9th Cir. 2004); *Zipperer v. Sch. Bd. of Seminole Cty.*, 111 F.3d 847, 849-50 (11th Cir. 1997); see *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).

    c.    The reason for the delay in filing the notice of appeal was  which is not reasonably within Plaintiff's control. *Treasurer, Trs. of Drury Indus., Inc. Health Care Plan & Trust v. Goding*, 692 F.3d 888, 892-94 (8th Cir. 2012); *Zipperer v. Sch. Bd. of Seminole Cty.*, 111 F.3d 847, 849-50 (11th Cir. 1997); see *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).

    d.    Plaintiff has acted in good faith. *Pincay v. Andrews*, 389 F.3d 853, 855 (9th Cir. 2004); *Zipperer v. Sch. Bd. of Seminole Cty.*, 111 F.3d 847, 849-50 (11th Cir. 1997); see *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993). Plaintiff needs more time to have funds to pay the filing fee. Her business has been adversely affected by Defendants actions and has suffered from extreme poverty from the actions listed in this suit.  The same reasons she is needing more time to collect her fees for filing an appeal.

### C. CONCLUSION

10. Plaintiff hopes for justice, and not prejudice in this suit, she is pro'se and does not have a staff, or tax payer resources or a law degree, she has been excluded from the local law library for research purposes and is denied access to the local court house for unjustified reasons, and the denial has caused her great prejudice in timely issues in this suit.  Her knowledge is limited as any  pro'se Plaintiff therefore she must study diligently.  Yet she is blocked from legal resources within 10 minutes of her home.  She must drive 2 hours per day to the next closest law library.   For these reasons, Plaintiff asks the Court to extend the time to file the notice of appeal for 30 days, until May 11, 2018.

### PRAYER

Plaintiff asks for all relief necessary in order that she may have access to full due process t Respectfully submitted,

*/s/  Bonnie Allen Thomas*

Bonnie Allen Thomas, Pro Se

P.O. Box 572

Keene, Texas 76059  972-880-9600 cell

Brthomas157@gmail.com hrough the appeal process.

CERTIFICATE OF SERVICE

I certify that on this 11th day of Aril, 2018, a copy of Plaintiff's Motion to extend time to file notice of appeal was served on the Defendants, or their attorneys, as follows:

Grant D. Blaies

Jennifer Holland Litke, LLP

Blaies & Hightower, LLP

421 W. Third Street, Suite 900

Fort Worth, Texas 76102

817-334-0800

817-334-0574 facsimile

Attorneys for Defendants Johnson County, Texas, Bob Alford, Ken Bartlett, Ronald McBroom, Dale Hanna, and Martin Strahan


Ken Paxton,

Jeffrey C. Mateer,

Brantley Starr,

James E. Davis,

Lacey E. Mase

Demetri Anastasiadis

Assistant Attorney General

Attorney-In-Charge

Texas State Bar No. 01164480

Demetri.Anastasiadis@oag.texas.gov

Law Enforcement Defense Division

Office of the Attorney General

P.O. Box 12548, Capitol Station

Austin, Texas 78711

(512) 463-2080 / Fax (512) 936-2109

Attorneys for Defendants the State of Texas, William Bosworth, F.B. McGregor, John Neill, and Wayne Bridewell


Dale Rodriguez

Law office of Dale M. Rodriguez

555 Republic Drive, 2nd floor

Plano, Texas 75074

(214) 713-4665

dale@dmrlawoffice.com Attorney for Defendant Greg Gorman

Robert Ruotolo,

BUSCH RUOTOLO & SIMPSON, LLP served via email

1700 Pacific Avenue, Suite 2320

Dallas, Texas 75201Tel: (214) 855-2880 Fax: (214) 855-2871 attorney for Danny Griffith

ruotolo@buschllp.com

Albin Roach  attorney for Marc Pieroni

Todd Albin 5665 Dallas Parkway, Ste 200

Frisco Tx 75034

214-423-5100

*/s/  Bonnie Allen Thomas*

Bonnie Allen Thomas, Pro Se

P.O. Box 572

Keene, Texas 76059

Brthomas157@gmail.com 972-880-9600

## CERTIFICATE OF CONFERENCE

I certify that on this 11th day of Aril, 2018,  Plaintiff's requested certificate of conference related to her Motion to extend time to file notice of appeal was served on the Defendants, or their attorneys, as follows:

| | |
|---|---|
| Grant D. Blaies | Did not yet reply |

Jennifer Holland Litke, LLP

Blaies & Hightower, LLP

421 W. Third Street, Suite 900

Fort Worth, Texas 76102

817-334-0800

817-334-0574 facsimile

Attorneys for Defendants Johnson County, Texas, Bob Alford, Ken Bartlett, Ronald McBroom, Dale Hanna, and Martin Strahan

| | |
|---|---|
| Ken Paxton, | Did not yet reply |

Jeffrey C. Mateer,

Brantley Starr,

James E. Davis,

Lacey E. Mase

Demetri Anastasiadis

Assistant Attorney General

Attorney-In-Charge

Texas State Bar No. 01164480

Demetri.Anastasiadis@oag.texas.gov

Law Enforcement Defense Division

Office of the Attorney General

P.O. Box 12548, Capitol Station

Austin, Texas 78711

(512) 463-2080 / Fax (512) 936-2109

Attorneys for Defendants the State of Texas, William Bosworth, F.B. McGregor, John Neill, and Wayne Bridewell


Dale Rodriguez,                                                  Did not yet reply

Law office of Dale M. Rodriguez

555 Republic Drive, 2nd floor

Plano, Texas 75074

(214) 713-4665

dale@dmrlawoffice.com Attorney for Defendant Greg Gorman


Robert Ruotolo,                                                  Did not yet reply

BUSCH RUOTOLO & SIMPSON, LLP served via email

1700 Pacific Avenue, Suite 2320

Dallas, Texas 75201 Tel: (214) 855-2880 Fax: (214) 855-2871 attorney for Danny Griffith

ruotolo@buschllp.com

Albin Roach  attorney for Marc Pieroni					Did not yet reply

Todd Albin 5665 Dallas Parkway, Ste 200

Frisco Tx 75034

214-423-5100

*/s/  **Bonnie Allen Thomas**          *

Bonnie Allen Thomas, Pro Se

P.O. Box 572 Box 572, Keene TX 76059 972-880-9600